[No. 34055-4-III.   Division Three.   April 27, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN RYAN GRAHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-02723-0, James M. Triplet, J., entered January 7, 2016. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Korsmo and Siddoway, JJ.

[No. 73850-0-I.   Division One.   May 1, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRIUS D. FORCHA-WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-12060-3, Tanya Thorp, J., entered July 24, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Verellen, C.J., and Cox, J.

[No. 74262-1-I.   Division One.   May 1, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN BRETT JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-00674-1, George N. Bowden, J., entered November 16, 2015. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Becker and Spearman, JJ.

[No. 74364-3-I.   Division One.   May 1, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO CRENSHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-02378-7, George F.B. Appel, J., entered December 1, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Cox and Mann, JJ.